UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANK SENIOR, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

            Plaintiffs,

            v.

CUFFLINKS, LLC,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-5075

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of the undersigned as counsel for Frank Senior, On Behalf of Himself and All Other Persons Similarly Situated in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

>Jeffrey M. Gottlieb, Esq., (JG-7905)
>Gottlieb & Associates
>150 East 18th Street, Suite PHR
>New York, NY 10003
>Phone: (212) 228-9795
>Fax: (212) 982-6284
>Jeffrey@Gottlieb.legal

Dated: New York, New York
       June 16, 2022

Respectfully submitted,

**GOTTLIEB & ASSOCIATES**

By: */s/Jeffrey M. Gottlieb, Esq.*
     Jeffrey M. Gottlieb, Esq.